No. 25-70016

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

KIMBERLY CARGILL,
*Petitioner-Appellant,*

v.

ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,
*Respondent-Appellee.*

On Motion for Certificate of Appealability from the United States District Court, Eastern District of Texas, No. 6:17-cv-00562-RWS-JBB

# UNOPPOSED FIRST MOTION TO
# EXTEND TIME TO FILE APPLICATION FOR
# CERTIFICATE OF APPEALABILITY AND BRIEF IN SUPPORT

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Petitioner-Appellant, Kimberly Diane Cargill, respectfully requests a 90-day extension of time to file her application for certificate of appealability and brief in support (together, "**Application**"). The Application is currently due on December 2, 2025. If this Court grants Ms. Cargill's unopposed request for an extension, the Application will be due on March 2, 2026. Good cause exists for this motion for extension because of the complexity of this case and the gravity of the sentence, and because of Ms. Cargill's pro bono counsel's other pre-existing responsibilities. This

is Ms. Cargill's first motion for an extension from this Court, and Respondent-Appellee is not opposed to this motion.

This case concerns ineffective assistance of counsel in a 2012 trial that resulted in Ms. Cargill's conviction and sentence to death. Upon review of an extensive record, Magistrate Judge J. Boone Baxter of the U.S. District Court for the Eastern District of Texas issued a 155-page Report and Recommendation ("**R&R**"), recommending denial of Ms. Cargill's petition for writ of habeas corpus, her motion for an evidentiary hearing, and a certificate of appealability. E.D. Tex. ECF No. 81.[1] Upon the parties' respective objections to the R&R, Judge Robert W. Schroeder III held a several-hour-long hearing and issued a 54-page decision, adopting the R&R as modified. E.D. Tex. ECF Nos. 105, 109. Ms. Cargill filed a Motion to Alter or Amend Judgement, which Judge Schroeder denied. E.D. Tex. ECF Nos. 111, 116. Ms. Cargill then timely filed a Notice of Appeal on October 3, 2025. E.D. Tex. ECF No. 117.

Given the complexity of this case and the gravity of the sentence, counsel must spend significant time winnowing the issues to be presented to this Court. While counsel, representing Ms. Cargill on a pro bono basis, has begun diligently

---

[1] Citations to "E.D. Tex. ECF No." reference the docket for *Cargill v. Davis Director, TDCJ-CID*, with case number 6:17-cv-00562-RWS-JBB, filed in the U.S. District Court for the Eastern District of Texas. Citations to "ECF No." reference the docket in the above-captioned action, with case number 25-70016, filed in the U.S. Court of Appeals for the Fifth Circuit.

preparing the Application, additional time is necessary due to their other pre-existing responsibilities.

Lead counsel Alice Tsier is presently on parental leave and is expected to return to work on January 2, 2026. Ms. Tsier became intensively involved in Ms. Cargill's case in the spring of 2024 and has since become the lead counsel, supervising all filings, court appearances, and other proceedings before the district court below. Ms. Tsier intends to appear as the lead counsel in this case upon her return from parental leave, and no other attorney on Ms. Cargill's legal team is as familiar with Ms. Cargill's case or as able to advocate for Ms. Cargill on appeal.

However, upon her return, Ms. Tsier will also resume her responsibility as the lead counsel in another case currently pending before the U.S. District Court for the Eastern District of New York, *Hosannah v. Saeed*, No. 2:15-cv-03773 (E.D.N.Y. June 18, 2015), in which trial has been scheduled to begin on February 2, 2026. Ms. Tsier will be the lead trial counsel in February and will oversee the preparation of pre-trial motions and other trial preparation tasks, most of which are due in January 2026.

Sean Gorman, the undersigned local counsel, has two depositions, five-days of court-ordered mediations, and several hearings and status conferences running from now through the middle of December 2025. Specifically, Mr. Gorman is scheduled to:

- Prepare and present two corporate representatives for expedited jurisdictional depositions in Illinois during the week of November 10, 2025, in *Daimler Truck Fin. Servs. USA LLC v. Vanguard Nat'l Trailer Corp.*, No. 25-BC08A-0011 (Tex. Bus. Ct. June 11, 2025).

- Prepare for and deliver argument in three hearings on November 6, November 24, and December 11, 2025, in *Daimler Truck Fin. Servs. USA LLC v. Vanguard Nat'l Trailer Corp.*, No. 25-BC08A-0011 (Tex. Bus. Ct. June 11, 2025), and *Free Speech Coalition, Inc. v. Rokita,* No. 1:24-cv-00980-RLY-MG (S.D. Ind. June 10, 2024*)*.

- Prepare for and attend five full days of court-ordered mediation on November 5, 18, 19, 20, and 21, 2025, in *StakeHound SA v. Fireblocks Ltd.,* No. CC 49705-06-21 (Tel Aviv Dist. Ct. June 22, 2021), and *Mike Maraist & MCLPDR Invs., LLC v. Junction Energy Capital, LLC d/b/a Junction Capital Partners; Ara Partners Grp., LLC & Robert W. Johnson*, No. 2023-83909 (Tex. Dist. Ct. Dec. 5, 2023).

- Prepare appellee's response brief due December 3, 2025, in *Eytalis v. Tex. Ass'n of Realtors,* No. 25-10970 (5th Cir. Aug. 22, 2025).

- Participate in a Texas Ethics Commission hearing, as one of the nine Commissioners, on December 10, 2025.

Mr. Gorman is thus unable to digest the case record, focus and frame Ms. Cargill's arguments, and complete the Application by the current due date of December 2, 2025, while Ms. Tsier is on parental leave.

For these reasons, Petitioner-Appellant respectfully requests a 90-day extension, through and until March 2, 2026, to finalize and file the Application. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension is granted.

DATED this Sixth day of November 2025.

Respectfully submitted,

*/s/ Sean Gorman*
Sean Gorman
Texas Bar No. 08218100
sean.gorman@whitecase.com
WHITE & CASE LLP – Houston
609 Main Street
Houston, Texas 77002
Tel: (713) 496-9700
Fax: (713) 496-9701

*Pro Bono Counsel for
Petitioner-Appellant Kimberly Cargill*

## **CERTIFICATE OF CONFERENCE**

I certify that on November 3 and 4, 2025, the parties conferred regarding this motion, and counsel for Respondent-Appellee is unopposed to this motion.

*/s/ Sean Gorman*
Sean Gorman

# **CERTIFICATE OF SERVICE**

I certify that Kimberly Cargill's Unopposed First Motion to Extend Time to File Application for Certificate of Appealability and Brief in Support was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Sean Gorman*
Sean Gorman

# **CERTIFICATE OF COMPLIANCE**

I certify that this document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1152 words, excluding exempt text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced type-face in Times New Roman using Microsoft Word.

*/s/ Sean Gorman*
Sean Gorman